**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| IN RE:<br>SHERRY D. BYRD<br><br>        Debtor(s) | *<br><br>*   Case No. 16-14109-AMC<br>     Chapter 13<br>*<br><br>* |
| * * * * * * *   * * * * * * | |
| LOANCARE, LLC.<br>        Movant.<br>    v.<br>SHERRY D. BYRD<br>        Debtor/Respondent<br><br>William C. Miller, Esq., Trustee. | *<br><br>*<br><br>*<br><br>*<br><br>*<br><br>* |
| * * * * * * * * * * * * * * | |

**<u>LINE WITHDRAWING MOTION FOR COMFORT ORDER</u>**

LOANCARE, LLC. (hereinafter "Movant") by its undersigned counsel, hereby withdraws the Motion for Comfort order filed on August 21, 2019 (Doc No. 44) without prejudice, as the motion was filed in error.

Date: August 21, 2019                    Respectfully Submitted,

                         /s/ Daniel Jones
                        Daniel Jones   FBN: 321876
                        Stern & Eisenberg, PC
                        1581 Main Street, Suite 200
                        The Shops at Valley Square
                        Warrington, PA 18976
                        Phone: (215) 572-8111
                        Fax: (215) 572-5025
                        djones@sterneisenberg.com
                        Attorney for Creditor

File No.: PA201900000931

# **CERTIFICATE OF SERVICE**

      This is to certify that I have caused a copy of the foregoing WITHDRAWAL OF MOTION FOR COMFORT ORDER to be served electronically. Those not served electronically have been served by depositing same in the United States First Mail in a properly addressed envelope to each with adequate postage thereon as follows, on this 21st day of August, 2019:

Sherry D. Byrd
5720 Chew Avenue
Philadelphia, PA 19138

*Debtors*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com

*Chapter13 Trustee*

David M. Offen
601 Walnut Street
Suite 160 West
Philadelphia, PA 19106
dmo160west@gmail.com

*Attorney for Debtor*

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*U.S. Trustee*

      Respectfully submitted,

      __/s/ Daniel Jones__
      DanielJones, BAR# 321876
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      Ph:  215-572-8111
      djones@sterneisenberg.com

**File No.:  PA201900000931**