IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Sherry D. Boyd | : | No. 16-14109-AMC |
| Debtor | : | |

## ANSWER TO MOTION OF LOANCARE, LLC. FOR RELIEF FROM THE AUTOMATIC STAY

1. Admitted.

2. Admitted

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Denied. Debtor avers she has been making regular payments to Loancare, LLC. The debtor requests Loancare, LLC. to provide a complete accounting starting from her Bankruptcy petition date of June 8, 2016.

10. Debtor opposes the same

11. Denied. Debtor has been in the Chapter 13 Bankruptcy for over 3 years and has been making regular payments to the Chapter 13 Trustee. To date, Loancare, LLC has received $7,422.94 from the Chapter 13 Trustee.

12. Denied.

13. Denied.

14. Denied.

/s/ David M. Offen
David M. Offen
Attorney for Debtor(s)

Dated: 3/26/20

<u>CERTIFICATE OF SERVICE</u>

The following has been served by electronic mail:

Daniel P. Jones on behalf of Loancare, LLC.
<u>Djones@sterneisenberg.com</u>

|  |  |
|---|---|
|  | <u>/s/ David M. Offen</u> |
|  | <u>David M. Offen</u> |
| Dated: 3/26/20 | Attorney for Debtor |