**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| In Re:<br>    Sherry D. Byrd<br>     Debtor | Chapter 13<br><br>Case Number: 16-14109-amc |

## ORDER

AND NOW, this _____ day of _____ , 2020, upon the motion of LoanCare, LLC and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, LoanCare, LLC (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"):  5720 CHEW AVE, PHILADELPHIA, PA 19138.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

Date: April 21, 2020                                    _____

UNITED STATES BANKRUPTCY JUDGE