United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Sherry D. Byrd  
    Debtor

Case No. 16-14109-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 16, 2021      Form ID: 138NEW      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry D. Byrd, 5720 Chew Avenue, Philadelphia, PA 19138-1716 |
| cr | + | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| 13763131 | + | Ace Cash Express, Williamson and Brown,LLC, 4691 Clifton Pkwy, Hamburg, NY 14075-3201 |
| 13741025 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine Weiner, 21210 Erwin Street, Woodland Hills, CA 91367 |
| 13741029 | + | Darien Ray, 5720 Chew Avenue, Philadelphia, PA 19138-1716 |
| 13741032 | + | Ditech, Po Box 6172, Rapid City, SD 57709-6172 |
| 13818136 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Number Street, Rapid City, South Dakota 57709-6154 |
| 13741033 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 13741037 | + | Fst Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 13741038 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14349749 | + | LOANCARE, LLC, C/O DANIEL P. JONES, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 14314639 | + | LOANCARE, LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14352744 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach VA 23450-8068 |
| 13741040 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 13761608 | + | Porania, LLC, P.O. Box 12213, Scottsdale, AZ 85267-2213 |
| 13741043 | + | Sterling Credit Corporation, PO Box 675, Spring House, PA 19477-0675 |
| 13741045 | | Verve, PO Box 31292, Tampa, FL 33631-3292 |
| 13767308 | + | Viriva Community CU, 7346 Frankford Avenue, Philadelphia, PA 19136-3828 |
| 13741046 | + | Viriva Cu, 1423 Spruce St, Philadelphia, PA 19102-4503 |
| 13741048 | + | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 13741041 | | philadelphia parking authority, 2467 grant avenue, Philadelphia, PA 19114-1004 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13741024 | | Email/Text: legal@arsnational.com | Jul 16 2021 23:32:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 13741026 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, Dept. of Revenue - Water Revenue Bureau, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 13826529 | + | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT, BANKRUPTCY GROUP - MSB, 1401 JOHN F. KENNEDY |

Case 16-14109-elf  Doc 58  Filed 07/18/21  Entered 07/19/21 00:40:25  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | BLVD, 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13741027 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2021 23:32:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13741031 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 16 2021 23:32:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 13741034 | + | Email/Text: bknotice@ercbpo.com | Jul 16 2021 23:32:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13741035 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 16 2021 23:32:00 | Flagship Credit Accept, 3 Christy Dr Ste 201, Chadds Ford, PA 19317-9670 |
| 13742776 | + | Email/Text: bankruptcy@flagshipcredit.com | Jul 16 2021 23:32:00 | Flagship Credit Acceptance, P.O. Box 3807, Coppell, TX 75019-5877 |
| 13741036 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jul 16 2021 23:32:00 | Freedom Credit Union, 10400 Drummond Road, Philadelphia, PA 19154-3895 |
| 13741039 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 16 2021 23:32:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 13795480 | + | Email/Text: bankruptcy@philapark.org | Jul 16 2021 23:32:00 | Philadelphia Parking Authority, 701 Market St. Suite 5400, Philadelphia, PA 19106-2895 |
| 13782380 | + | Email/Text: bankruptcy@sccompanies.com | Jul 16 2021 23:33:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 13741042 | + | Email/Text: bankruptcy@sccompanies.com | Jul 16 2021 23:33:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 13741044 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:36 | Syncb/Walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 13766066 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 16 2021 23:32:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 13741047 | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13741028 | *+ | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 13741030 | *+ | Darien Ray, 5720 Chew Avenue, Philadelphia, PA 19138-1716 |
| 13741049 | *+ | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |
| 13741050 | *+ | Xerox Soluti, Pob 41818, Philadelphia, PA 19101-1818 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 40 |

Date: Jul 18, 2021            Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:**

**Name**              **Email Address**

DANIEL P. JONES
　　on behalf of Creditor LOANCARE  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

DAVID M. OFFEN
　　on behalf of Debtor Sherry D. Byrd dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KEVIN G. MCDONALD
　　on behalf of Creditor LOANCARE  LLC bkgroup@kmllawgroup.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
　　ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Sherry D. Byrd
      Debtor(s)

Bankruptcy No: 16−14109−elf
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                            For The Court
                                            Timothy B. McGrath
                                            Clerk of Court

Dated: 7/16/21

                                                                                 55 − 53
                                                                              Form 138_new